Same case below, 367 Fed. Appx. 30.

■

**No. 09-11064. Orrandy Goodwyn, Petitioner v. United States.**

561 U.S. 1036, 130 S. Ct. 3530, 177 L. Ed. 2d 1110, 2010 U.S. LEXIS 5426.

June 28, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 596 F.3d 233.

■

**No. 09-11069. Jose Vazquez, Petitioner v. United States.**

561 U.S. 1036, 130 S. Ct. 3532, 177 L. Ed. 2d 1110, 2010 U.S. LEXIS 5358.

June 28, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 601 F.3d 1202.

■

**No. 09-11071. Maria Concepcion Granados-Gutierrez, Petitioner v. United States.**

561 U.S. 1036, 130 S. Ct. 3530, 177 L. Ed. 2d 1110, 2010 U.S. LEXIS 5420.

June 28, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 356 Fed. Appx. 307.

■

**No. 09-11073. Tsegaye D. Takele, Petitioner v. The Mayo Clinic.**

561 U.S. 1036, 130 S. Ct. 3530, 177 L. Ed. 2d 1110, 2010 U.S. LEXIS 5341, ■

June 28, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

Same case below, 576 F.3d 834.

■

**No. 09-11077. Teddy Coppedge, Petitioner v. United States.**

561 U.S. 1036, 130 S. Ct. 3530, 177 L. Ed. 2d 1110, 2010 U.S. LEXIS 5508.

June 28, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 369 Fed. Appx. 338.

■

**No. 09-11078. Kevin M. Cooper, Petitioner v. United States.**

561 U.S. 1036, 130 S. Ct. 3530, 177 L. Ed. 2d 1110, 2010 U.S. LEXIS 5441.

June 28, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

Same case below, 591 F.3d 582.

■

**No. 09-11079. Ladale Washington, Petitioner v. United States.**

561 U.S. 1036, 130 S. Ct. 3531, 177 L. Ed. 2d 1110, 2010 U.S. LEXIS 5404.

June 28, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

Same case below, 596 F.3d 777.